UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DONALD KELSO, ) | CASE No. ED CV 08-1831-MMM (PJW) |
| ) | |
|     Plaintiff, ) | |
| ) | ORDER ACCEPTING REPORT AND |
|     v. ) | ADOPTING FINDINGS, CONCLUSIONS, |
| ) | AND RECOMMENDATIONS OF UNITED |
| CARLOS LUNA, et al., ) | STATES MAGISTRATE JUDGE |
| ) | |
|     Defendants. ) | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, the records on file, and the Report and Recommendation of United States Magistrate Judge.  No objections to the Report and Recommendation have been filed.  The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

    DATED:     March 26, 2010  .

                                                           _____
                                                           MARGARET M. MORROW
                                                           UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\CV 08-01831-MMM ORDER.wpd