```
                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| JOHN DONALD KELSO, | ) CASE NO. CV 08-1831-MMM(PJW) |
| Plaintiff, | ) |
| | ) J U D G M E N T |
| v. | ) |
| CARLOS LUNA, et al., | ) |
| Defendants. | ) |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED:   March 26, 2010.

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\~4430046.wpd